And I've IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TINA L. NICHOLS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA CORPORATION, a Delaware Limited Liability Corporation, <br><br> and <br><br> JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation <br><br> Defendants. | Case No. 8:19-cv-35 <br><br><br> **DEFENDANT JONES LANG LASALLE AMERICAS, INC.'S MOTION TO DISMISS** |

Defendant Jones Lang LaSalle Americas, Inc. ("JLL"), by and through its counsel of record and pursuant to Federal Rule of Civil Procedure 12(b)(6) and NECivR 7.1, hereby moves to dismiss Plaintiff Tina L. Nichols' First Amended Complaint against JLL because Plaintiff fails to state a claim upon which relief may be granted. In support of this Motion, JLL relies on its Brief in Support of Motion to Dismiss, submitted contemporaneously herewith.

Dated this 3rd day of April, 2019.

                                                                   JONES LANG LASALLE AMERICAS, INC., Defendant.

By:    */s/Kamron Hasan*
        Marnie A. Jensen (#22380)
        Kamron Hasan (#25404)
        HUSCH BLACKWELL LLP
        13330 California St., Ste. 200
        Omaha, NE 68154
        Telephone: (402) 964-5000
        Facsimile: (402) 964-5050
        marnie.jensen@huschblackwell.com
        kamron.hasan@huschblackwell.com

DocID: 4844-1141-8765.1

*Attorneys for Jones Lang LaSalle Americas, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of April, 2019, the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

/s/*Kamron Hasan*