# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TINA L. NICHOLS, an individual, | Case No. 8:19-cv-35 |
| Plaintiff, | |
| v. | |
| FIRST DATA CORPORATION, a Delaware Limited Liability Corporation, | **DEFENDANT JONES LANG LASALLE AMERICAS, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| and | |
| JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation | |
| Defendants. | |

Defendant Jones Lang LaSalle Americas, Inc. ("JLL"), by and through its counsel of record and pursuant to Federal Rule of Civil Procedure 12(b)(6) and NECivR 7.1, hereby moves to dismiss Plaintiff Tina L. Nichols' Second Amended Complaint against JLL because Plaintiff fails to state a claim upon which relief may be granted. In support of this Motion, JLL relies on its Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint, submitted contemporaneously herewith.

Dated this 17th day of September, 2019.

1

HB: 4823-6725-0854.1

2

          JONES LANG LASALLE AMERICAS, INC., Defendant.

By:   */s/ Kamron Hasan*
Marnie A. Jensen (#22380)
Kamron Hasan (#25404)
Quinn R. Eaton (#26318)
HUSCH BLACKWELL LLP
13330 California St., Ste. 200
Omaha, NE  68154
Telephone: (402) 964-5000
Facsimile:(402) 964-5050
marnie.jensen@huschblackwell.com
kamron.hasan@huschblackwell.com
quinn.eaton@huschblackwell.com

*Attorneys for Jones Lang LaSalle Americas, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2019, the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

/s/ *Kamron Hasan*

HB: 4823-6725-0854.1