## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **TINA L. NICHOLS,** an individual,<br>    Plaintiff,<br>v.<br>**FIRST DATA CORPORATION,** a Delaware Corporation,<br>and<br>**JONES LANG LASALLE AMERICAS, INC.,** a Maryland Corporation<br><br>    Defendants. | **Case No. 8:19-cv-35**<br><br>**MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Plaintiff Tina L. Nichols requests that the Court issue an Order allowing her to file a Third Amended Complaint. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed her Second Amended Complaint on September 3, 2019.
2. Due to inadvertent error, Plaintiff identified "First Data Resources" as co-Defendant in her Second Amended Complaint, but the correct Defendant is "First Data Corporation."
3. Counsel for First Data Corporation contacted counsel for Plaintiff on or about September 17, 2019 to alert Plaintiff's counsel of this error and to request that Plaintiff amend her Second Amended Complaint to correct this error.
4. Counsel for First Data Corporation has no objection to Plaintiff filing her Third Amended Complaint, substituting First Data Corporation for First Data Resources.
5. Plaintiff's Third Amended Complaint is attached as Exhibit A to this Motion.

For the foregoing reasons, Plaintiff respectfully requests the Court grant this Motion and allow her to file the Third Amended Complaint attached as Exhibit A to this Motion.

DATE: <u>September 24, 2019</u>.	Respectfully submitted,

                                    By:	<u>*s/ Alexis S. Mullaney*</u>
                                            Alexis S. Mullaney, #25908
                                            **CARLSON & BURNETT LLP**
                                            2002 Douglas Street, Suite 100
                                            Omaha, NE 68102
                                            Direct (402) 952-4175
                                            Main (402) 934-5500
                                            alexis@carlsonburnett.com
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 24, 2019, she electronically filed a true and correct copy of the foregoing document with the United States District Court for the District of Nebraska's CM/ECF e-filing system which will send notice to the following:

Marnie A. Jensen
Kamron Hasan
Marnie.jensen@huschblackwell.com
Kamron.hasan@huschblackwell.com

Cody E. Brookhouser
cbrookhouser@mcgrathnorth.com

                                                */s/ Terry A. White*_____
                                                Terry A. White