UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA L. NICHOLS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:19-cv-0035 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST DATA CORPORATION, a Delaware Corporation, | ) ) ) | |
| and | ) ) | |
| JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation | ) ) ) ) | |
| Defendants. | | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, First Data Corporation, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐  This party is an individual.

☐  This party is a publicly held corporation or other publicly held entity.

**X**  This party has parent corporations

       If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **Fiserv, Inc.**

**X**  Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

**Fiserv, Inc. (NASDAQ: FISV) and KKR & Co. Inc. (NYSE: KKR)**

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

FIRST DATA CORPORATION, Defendant

By: /s/ Cody E. Brookhouser-Sisney
Cody E. Brookhouser-Sisney (#25872)
MCGRATH NORTH MULLIN & KRATZ, PC
First National Tower, Suite 3700
1601 Dodge Street
Omaha NE 68102
Phone: (402) 341-3070
Fax: (402) 952-9570
cbrookhouser@mcgrathnorth.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2019, I electronically filed the foregoing **Disclosure of Corporate Affiliations, Financial Interest, and Business Entity Citizenship** with the Clerk of the Court using the CM/ECF system, which served a copy upon counsel for Plaintiff via email:

Alexis S. Mullaney
Carlson & Burnette, LLP
2002 Douglas Street, Suite 100
Omaha, NE 68102
alexis@carlsonburnett.com

/s/ Cody E. Brookhouser-Sisney
Cody E. Brookhouser-Sisney