# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TINA L. NICHOLS, an individual,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**FIRST DATA CORPORATION, a Delaware Limited Liability Corporation,**<br><br>　　　　　　**Defendant.** | **8:19CV35**<br><br>**ORDER** |

　　　　This matter is before the Court on the Joint Stipulation to Stay Scheduling Order Deadlines (Filing No. 37).  After review of the parties' stipulation, the Court finds good cause to grant the request.  Accordingly,

　　　　**IT IS ORDERED**:

　　　　1.　　The Joint Stipulation to Stay Scheduling Order Deadlines (Filing No. 37) is granted.

　　　　2.　　The deadline for the parties to file a jointly prepared Rule 26(f) Report and exchange initial mandatory disclosures is extended to **February 18, 2020**.

Dated this 16th day of December, 2019.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s./Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge