# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA L. NICHOLS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:19-cv-0035 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST DATA CORPORATION, a | ) | |
| Delaware Corporation, | ) | **JOINT STIPULATION TO DISMISS ALL** |
| | ) | **CLAIMS WITH PREJUDICE** |
| and | ) | |
| | ) | |
| JONES LANG LASALLE | ) | |
| AMERICAS, INC., a Maryland | ) | |
| Corporation | ) | |
| | ) | |
| Defendants. | | |

COME NOW, the Parties, Tina Nichols, First Data Corporation, and Jones Lang Lasalle Americas, Inc., in the above-captioned case, by and through their undersigned attorneys, and hereby jointly stipulate and agree to the dismissal with prejudice of all claims in the above-captioned action. Each party shall pay their own costs, expenses, and attorneys' fees associated with this lawsuit.

DATED this 9th day of January, 2020.


____/s/ Alexis Mullaney_____                 ___/s/ Cody Brookhouser-Sisney____
Alexis Mullaney (NE #25908)                      Cody Brookhouser-Sisney (NE # 25872)
Carlson & Burnett LLP                            McGrath, North, Mullin & Kratz PC LLO
17525 Arbor Street                               First National Tower, Suite3700
Omaha, NE 68130                                  1601 Dodge Street
alexis@carlsonburnett.com                        Omaha, NE 68102
                                                 Ph. 402-341-3070
Counsel for Plaintiff                            Fax: 402-341-0216
                                                 cbrookhouser@mcgrathnorth.com

                                                 Counsel for Defendant, First Data
                                                 Corporation

_____/s/_____Quinn Eaton_____
Quinn R. Eaton
Husch Blackwell
13330 California Street, Suite 200
Omaha, NE 68154
Quinn.Eaton@hushblackwell.com

Counsel for Defendant, Jones Lang Lasalle Americas, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of January, 2020, the above and foregoing **Joint Stipulation to Dismiss all Claims with Prejudice** was filed by the Court's CM/ECF system which served a copy upon the following:

Alexis Mullaney
Carlson & Burnett LLP
17525 Arbor Street
Omaha, NE 68130
alexis@carlsonburnett.com

and

Quinn Eaton
Husch Blackwell
13330 California Street, Suite 200
Omaha, NE 68154
Quinn.Eaton@huschblackwell.com

/s/ Cody E. Brookhouser-Sisney_____
Cody E. Brookhouser-Sisney