## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TINA L. NICHOLS, an individual;

           Plaintiff,

    vs.

FIRST DATA CORPORATION, a Delaware
Limited Liability Corporation;

           Defendant.

**8:19-CV-35**

**JUDGMENT**

This matter is before the Court on the parties' Joint Stipulation to Dismiss All Claims with Prejudice (Filing 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, both sides to bear their own fees and costs.

Dated this 9th day of January, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge